# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SHAWN DAIGLE** | **CIVIL ACTION NO. 6:19-CV-01210** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **STATEWIDE TRANSPORT, INC.** | **MAGISTRATE JUDGE HANNA** |

## ORDER

Considering the foregoing Stipulation of Voluntary Dismissal Without Prejudice;

**IT IS ORDERED THAT** all claims set forth by Shawn Daigle are hereby voluntarily dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this 28th day of January, 2020.

**JUDGE ROBERT R. SUMMERHAYS**